UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DR. JONATHAN LANDOW, PARAMOUNT
MEDICAL SERVICES, P.C., PREFERRED
MEDICAL P.C., AND SOVEREIGN
MEDICAL SERVICES, P.C.,

       Plaintiffs,

  -v-                                                  No.  19 CV 7235-LTS

QWIL PBC and ENTER, INC.,

       Defendants.

--------------------------------------------------------x

ORDER

On April 2, 2020, the parties entered into a So-Ordered Stipulation and Order (the "Stipulation") in which they agreed no party shall take any action to commence, prosecute or challenge any arbitration.  (See Docket Entry No. 51.)  Pursuant to the Court's Order dated June 8, 2020, the terms of the Stipulation were extended to July 1, 2020.  (See Docket Entry No. 57.)  Accordingly, the parties shall file a status report by July 15, 2020, informing the Court as to the status of this matter.

    SO ORDERED.

Dated: New York, New York
       July 8, 2020

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge